JAMES PHILLIP VAUGHNS, CSBN 124040
Law Offices of James P. Vaughns
6114 LaSalle Avenue, Suite 289
Oakland, California  94611
Telephone:     510-583-9622
Fax:           510-886-7218
Email:         vaughnslaw@aol.com

Counsel for Defendant
Timothy BUCHANAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0353-DLJ |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ~~PROPOSED~~ |
| v. ) | ORDER CONTINUING SUPERVISED |
| ) | RELEASE VIOLATION HEARING |
| TIMOTHY BUCHANAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties respectfully submit this Stipulation and Proposed Order to request a continuance of the Supervised Release Violation Hearing date in the above-referenced matter.

1. August 29, 2011, defendant BUCHANAN's state court criminal matter is scheduled for jury trial.

2. In large part, the allegations and issues at bar are identical to those to be determined during the state court trial.

3. Neither counsel for the Government, nor Mark Unalp, USPO, oppose the requested continuance.

CR 10-00018 PJH

IT IS SO STIPULATED.

DATED: August 18, 2011                              /s/
                                                    _____
                                                    Jennifer Gaspar
                                                    Assistant United States Attorney


DATED: August 18, 2011                              /s/
                                                    _____
                                                    James Phillip Vaughns.
                                                    Attorney for Defendant BUCHANAN

IT IS HEREBY ORDERED:

That a Supervised Release Violation hearing in this matter shall be heard on October 14, 2011, at 10:00 a.m.

DATED: August __19__, 2011

                                                    _____
                                                    HON. D. LOWELL JENSEN
                                                    United States District Judge

CR 10-00018 PJH                                     2