JAMES PHILLIP VAUGHNS, CSBN 124040
Law Offices of James P. Vaughns
6114 LaSalle Avenue, Suite 289
Oakland, California  94611
Telephone:  510-583-9622
Fax:        510-886-7218
Email:      vaughnslaw@aol.com

Counsel for Defendant
TIMOTHY BUCHANAN

FILED

NOV 30 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIMOTHY BUCHANAN ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 10-0353 DLJ <br><br> STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING HEARING DATE |

    The parties respectfully submit this Stipulation and Proposed Order to request that a status hearing in the above-referenced matter be scheduled for January 20, 2012 at 10:00 a.m.

    1. It is the belief of the parties that Mr. Buchanan's state court criminal matter will have been concluded by that time.

    2. As it is the parties' belief that the resolution of Mr. Buchanan's state court matter will guide this Court in determining whether Mr. Buchanan violated the terms of his supervised release, allowing that matter to proceed before setting a violation hearing in this matter seems to be the best way to utilize judicial resources.

CR 10-0353 DLJ

1  IT IS SO STIPULATED.

2

3

4  DATED: November 29, 2011                     /s/
5                                               _____
                                                JENNIFER GASPAR
                                                Assistant United States Attorney
6

7

8  DATED: November 29, 2011                     /s/
                                                _____
9                                               JAMES PHILLIP VAUGHNS.
                                                Attorney for Defendant BUCHANAN
10

11

12 IT IS HEREBY ORDERED:

13

14 That a Status Hearing in this matter shall be heard on January 20, 2011, at 10:00 a.m..

15

16

17 DATED: November 30, 2011                     _____
18                                               
19                                               HON. D. LOWELL JENSEN
                                                United States District Judge
20

21

22

23

24

25

26

27

28

CR 10-0353 DLJ                                   2