1  JAMES PHILLIP VAUGHNS, CSBN 124040
   Law Offices of James P. Vaughns
2  6114 LaSalle Avenue, Suite 289
   Oakland, California  94611
3  Telephone:     510-583-9622
   Fax:           510-886-7218
4  Email:         vaughnslaw@aol.com

5  Counsel for Defendant
   TIMOTHY BUCHANAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-0353 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| TIMOTHY BUCHANAN | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties stipulate as follows:

1. Timothy Buchanan is a defendant in this action and has been appearing before the Court since June, 2010.

2. Mr. Buchanan wishes to be allowed to visit relatives in Spokane, Washington from December 20, 2011 to January 4, 2012. He has been previously permitted to travel to visit the same relatives in the past.

3. While on release pending resolution of this Supervised Release Violation matter, Mr. Buchanan was arrested on November 20, 2011 for a violation of California Vehicle Code sections 23152(a) and 23152(b). His has retained an attorney to represent him in that Alameda County Superior Court matter who will make appearances in that matter as needed if Mr.

CR 10-0353 DLJ

Buchanan is allowed to travel.

4. Neither AUSA Jennifer Gaspar, nor USPO Mark Unalp, consent to Mr. Buchanan's travel, but neither object.

IT IS SO STIPULATED.

DATED: December 19, 2011

-S-
_____
JENNIFER GASPAR
Assistant United States Attorney

DATED: December 19, 2011

-S-
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant BUCHANAN

**IT IS HEREBY ORDERED:**

   That the conditions of release set for defendant TIMOTHY BUCHANAN be modified to allow him to travel to Spokane, Washington on December 20, 2011 and to return to his residence in this District on January 4, 2012.

   In all other respects, said conditions of release shall continue as previously ordered.

DATED: December 19, 2011

_____
HON. D. LOWELL JENSEN
United States District Judge

CR 10-0353 DLJ                           2